ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, MARCELLO JEROME PINKNEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00007 BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| MARCELLO JEROME PINKNEY, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing calendared for August 12, 2013, be continued to August 26, 2013 at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

The continuance is necessitated due to ongoing investigation being conducted in this action. The parties will not be in a position to discuss resolution until said investigation is completed.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: August 7, 2013              /s/ Kimberly Sanchez_____
                                   KIMBERLY SANCHEZ
                                   Assistant United States Attorney
                                   **This was agreed to by Ms. Sanchez via email on August 7, 2013**

1

1 | DATED: August 7, 2013           /s/ Roger K. Litman __
2 |                                 ROGER K. LITMAN
                                    Attorney for Defendant
3 |                                 MARCELLO JEROME PINKNEY

4 | SO ORDERED:

5 |
    Dated:   August 7, 2013              /s/ Barbara A. McAuliffe
6 |                                   UNITED STATES MAGISTRATE JUDGE