ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, MARCELLO JEROME PINKNEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00007 BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| MARCELLO JEROME PINKNEY, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing calendared for August 26, 2013, be continued to September 9, 2013 at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

The continuance is necessitated due to ongoing investigation being conducted in this action. The parties will not be in a position to discuss resolution until said investigation is completed.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: August 20, 2013        /s/ Kimberly Sanchez
                              KIMBERLY SANCHEZ
                              Assistant United States Attorney
                              **This was agreed to by Ms. Sanchez by telephone on August 20, 2013**

1

DATED: August 20, 2013                    /s/ Roger K. Litman
                                          ROGER K. LITMAN
                                          Attorney for Defendant
                                          MARCELLO JEROME PINKNEY

ORDER

IT IS SO ORDERED that the 3rd Status Conference is continued from August 26, 2013 to September 9, 2013 at 1:00 p.m. before Judge McAuliffe and that time is excluded and waived pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

IT IS SO ORDERED.

Dated:  **August 21, 2013**                    /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE