ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, MARCELLO JEROME PINKNEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:13-CR-00007 AWI |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **ORDER TO** |
| ) | **ADVANCE MATTER ON** |
| MARCELLO JEROME PINKNEY, ) | **CALENDAR FOR SENTENCING** |
| ) | |
| Defendant. ) | |
| _____) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the matter currently on calendar for sentencing on April 21, 2014, be advanced to April 7, 2014, at 10:00 a.m. for sentencing.

This request is being made to expedite final resolution of the case in light of the absence of any formal objections.

DATED: March 18, 2014              /s/ Kimberly Sanchez_____
                                   KIMBERLY SANCHEZ
                                   Assistant United States Attorney
                                   **This was agreed to by Ms. Sanchez**
                                   **by telephone on March 17, 2014**

DATED: March 18, 2014              /s/ Roger K. Litman_____
                                   ROGER K. LITMAN
                                   Attorney for Defendant
                                   MARCELLO JEROME PINKNEY

1

IT IS SO ORDERED.

Dated:   March 18, 2014

_____
SENIOR DISTRICT JUDGE