UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00007-DAD-BAM-1 |
| Plaintiff, | |
| v. | ORDER RELEASING CELLULAR TELEPHONE DATA IN THE POSSESSION OF THE UNITED STATES PROBATION OFFICE |
| MARCELLO JEROME PINKNEY, | |
| Defendant. | |

After consideration of the government's application for release of telephone data in the possession of the United States Probation Office (Doc. 42), and finding good cause therefore,

IT IS HEREBY ORDERED that, pursuant to Local Rule 460, the United States Probation Office may release a copy of the data the U.S. Probation Office downloaded from two of the defendant's cellular telephones in February 2018 to the Fresno Police Department and assisting agencies for use in a criminal investigation.

IT IS SO ORDERED.

Dated: __April 23, 2018__                    _Dale A. Drozd_____

                                              UNITED STATES DISTRICT JUDGE