IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00007-DAD-BAM |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| MARCELLO JEROME PINKNEY, | |
| Defendant. | |

The above named defendant having been sentenced on June 17, 2019, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __June 17, 2019__          _____/s/ Dale A. Drozd_____
                                                     UNITED STATES DISTRICT JUDGE