# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARCELLO JEROME PINKNEY,<br><br>　　　　　Defendant. | Case No. 1:13-cr-00007-DAD-BAM<br><br>ORDER GRANTING DEFENDANT MARCELLO JEROME PINKNEY'S MOTION FOR TEMPORARY RELEASE<br><br>(ECF No. 82) |

On January 23, 2018, Defendant James Britt filed a motion for temporary release to attend a funeral. (ECF No. 82.) A hearing on the motion was held on September 25, 2019. Kimberly Sanchez appeared for the Government and Michael Aed appeared with Defendant Pinkney who was in custody. The Court shall grant Defendant Pinkney's motion for temporary release to attend a funeral. Defendant Pinkney shall be released from 9:30 a.m. to 7:00 p.m. on September 27, 2019, and may only attend the funeral and is required to stay in the presence of the third party custodian at all times.

Defendant Pinkney shall go straight from the Fresno County jail to the Tracy Memorial Chapel, located at 5 W. Highland Avenue, Tracey, California to attend the funeral of his grandfather. He shall return to the Fresno County Jail. Defendant Pinkney shall make no other stops while on release.

Accordingly, IT IS IS HEREBY ORDERED that:

1

1. Defendant Pinkney's motion for temporary release is GRANTED;

2. Defendant Pinkney shall be temporarily released from custody on September 27, 2019, from 9:30 a.m. until 7:00 p.m., to the custody of third party custodian Lacondra Deann Douglas to attend a funeral;

3. Defendant Pinkney SHALL REMAIN WITH AND IN THE PRESENCE of the third party custodian during the entirety of the release period;

4. Defendant Pinkney SHALL PROCEED STRAIGHT from the jail to the Tracy Memorial Chapel, located at 5 W. Highland Avenue, Tracey, California;

5. All other terms of supervised released remain in place during the period of temporary release;

6. Defendant Pinkney SHALL MAKE NO STOPS on the way to the Tracy Memorial Chapel or on the return to the jail;

7. Should any violation of the terms of release or this order occur, the third party custodian SHALL IMMEDIATELY CONTACT the probation office and the police department; and

8. The third party custodian SHALL RETURN Defendant Pinkney to the custody of the United States Marshal **on or before 7:00 p.m. on September 27, 2019**.

IT IS SO ORDERED.

Dated: **September 25, 2019**

UNITED STATES MAGISTRATE JUDGE