UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCELLO JEROME PINKNEY,<br><br>Defendant. | Case No. 1:13-cr-00007-DAD-BAM<br><br><br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on January 27, 2020 to TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: __**January 27, 2020**__  _____
UNITED STATES DISTRICT JUDGE

1